UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAPATO HERITAGE, LLC, a Washington Limited Liability Company; KENNETH EVANS; JOHN WAYNE JONES; and JAMIE JONES, individual resident of Washington State,<br><br>         Plaintiffs,<br><br>     v.<br><br>SANDRA D. EVANS, an individual not a resident of Washington State,<br><br>         Defendant. | NO. CV-07-314-EFS<br><br>**ORDER ENTERING RULINGS FROM OCTOBER 14, 2009 HEARING** |

A telephonic hearing occurred in the above-captioned matter on October 14, 2009, in Richland. Michael A. Arch and R. Bruce Johnston appeared on Plaintiffs' behalf; Leslie R. Weatherhead, Geana M. Van Dessel, and Mary T. Wynne appeared on Defendant Evans's behalf. This Order serves to memorialize and supplement the Court's oral rulings.

ORDER ~ 1

For the reasons articulated on the record, **IT IS HEREBY ORDERED**:

1. Mr. Weatherhead and Ms. Van Dessel's Motion to Expedite **(Ct. Rec. 519)** is **GRANTED**.

2. Plaintiffs' Motion to Disqualify Counsel **(Ct. Rec. 521)** is **GRANTED IN PART**. Ms. Wynne is permitted to appear and file motions on Defendant Evans's behalf in connection with the federal-question jurisdictional challenge because this is a purely legal issue; Ms. Wynne is prohibited, however, from appearing and filing motions on Defendant Evans's behalf in connection with the diversity jurisdictional challenge because this is a fact-based issue that will likely require Ms. Wynne to testify as a witness. *See* WASHINGTON RULE OF PROF'L CONDUCT 3.7.

3. Defendant Evans's Motion to Dismiss for Lack of Subject Matter Jurisdiction **(Ct. Rec. 507)** is **STRICKEN**. Ms. Wynne shall re-file a motion limited to diversity jurisdiction **no later than October 19, 2009**. Plaintiffs shall file a response addressing **both** federal-question and diversity jurisdiction **no later than October 26, 2009.** Defendant Evans's reply, if any, shall be filed **no later than November 2, 2009.** An in-person hearing on Defendant Evans's to-be-filed motion is set for **10:00 a.m.** on **November 13, 2009**, in **Richland**.

4. Mr. Weatherhead and Ms. Van Dessel's Renewed Motion to Withdraw **(Ct. Rec. 515)** is **DENIED**.

5. Plaintiffs' Motion to Strike **(Ct. Rec. 525)** is **DENIED**.

6. Plaintiffs' Motion to Vacate Partial Stay **(Ct. Rec. 479)** is **GRANTED IN PART**. In an August 19, 2009 Order (Ct. Rec. 427), the Court directed Defendant Evans to complete and mail Form OST 01-004/6, which had the effect of depositing an amount equal to 35% of any MA-10 income

ORDER ~ 2

deposited into Defendant Evans's unrestricted IIM account into the Court's registry, to the OST Colville Agency in Nespelem, Washington. Defendant Evans did so.  (Ct. Rec. 480 at 3.)  In an August 27, 2009 Order (Ct. Rec. 451), the Court stayed the implementation of Form OST 01-004/6.  The Court now lifts that stay as to MA-10 income deposited into Defendant Evans's unrestricted IIM account during October 2009.  *See United States v. United Mine Workers of America*, 330 U.S. 258, 292 (1947) (noting that a court has the power to issue orders pending resolution of a jurisdictional question); LR 67.1 (permitting a court to direct one party to deposit funds into the court's registry when the funds belong to another party).  Accordingly, the OST Colville Agency in Nespelem, Washington shall send 35% of any MA-10 income deposited into Defendant Evans's unrestricted IIM account by check payable to "Clerk of the U.S. District Court" at P.O. Box 1493, Spokane, Washington 992210.  The Court holds in abeyance any decision as to MA-10 income deposited into Defendant Evans's unrestricted IIM account after October 2009 pending the outcome of the upcoming hearings.

If Defendant Evans has questions, then she may contact Sheri Wohl, the Financial Administrator for the Eastern District of Washington, at 509-458-2409.  **Until the appropriate funds are deposited into the Court's Registry, Defendant Evans may not withdraw or otherwise expend in any manner any MA-10 income deposited into her unrestricted IIM account.  This Order is binding upon any agent or attorney-in-fact for Defendant Evans.**

7. Mr. Weatherhead is directed to immediately advise the appropriate BIA officials of this Order.

ORDER ~ 3

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and provide copies to counsel.
3    **DATED** this  14th   day of October 2009.
4
5              s/Edward F. Shea
              EDWARD F. SHEA
6         United States District Judge

7 Q:\Civil\2007\314.Hearing.wpd

ORDER ~ 4