# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

WAPATO HERITAGE, LLC, a Washington Limited
Liability Company; KENNETH EVANS; JOHN WAYNE
JONES; and JAMIE JONES, invidual residents of
Washington State,           Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

SANDRA D. EVANS, and individual, not a resident of
Washington State,

CASE NUMBER: CV-07-314-EFS

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Ruling on Pending Motions and Directing Entry of Judgment entered on February 9, 2010, Ct Rec 624, judgment is entered in favor of Plaintiffs:

Under the terms of the Settlement Agreement, as interpreted by BIA OHA Judge Stancampiano, Defendant Evans is required to loan, for a five-year-period beginning January 1, 2006, 35% of the MA-10 monies deposited into her IIM account to Wapato Heritage, LLC.  This is to be accomplished by:

- a) For MA-10 monies received for January 1, 2006, through the fourth quarter of 2009: Defendant Evans is liable for the following amounts to Plaintiff Wapato Heritage, LLC:

    - $1,355,099.62 in principle;
    - federal prejudgment interest in the amount of 7.4%, compounded annually; and
    - federal post-judgment interest in accordance with 28 U.S.C. § 1961.

- b) For MA-10 monies received during 2010: Defendant shall ensure that the OST has the necessary and complete documents, including OST 01-004/6, W-9, and Power of Attorney (if necessary), to allow OST to forward 35% of the MA-10 monies deposited into Defendant's IIM account to the Court Registry.  See Ct. Rec. 610 for guidance.

| | |
|---|---|
| February 9, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |