Mary T. Wynne, WSBA #12441
3561 S. Tumbleweed Court
Chandler, Arizona 85248
Tel: (509)429-3509 Fax: (480)895-0642
mary_wynne@msn.com

# IN THE COURT OF APPEALS FOR THE 9TH CIRCUIT

**SANDRA D. EVANS,**

    **Defendant/Appellant,**        Appeal Case No: _____

v.

        **Case No.: CV-07-0314-EFS**

**WAPATO HERITAGE, LLC, a Washington limited liability company; and Kenneth Evans, John Wayne Jones, and Jamie Jones, individual residents of Washington State,**

    **NOTICE OF APPEAL**

    **Plaintiffs/Appellees.**

    Notice is hereby given that SANDRA D. EVANS, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit, from that portion of the final Order Ruling On Pending Motions and Directing Entry of Judgment of the United States District Court for the Eastern District of Washington, entered on February 9, 2010, and from that portion of the

**NOTICE OF APPEAL**        **Mary T. Wynne, Attorney at Law**
        3561 S. Tumbleweed Court
        Chandler, Arizona 85248
        Tel: (509)429-3509
        Fax: (480)895-0642

Judgment in a Civil Case which, pursuant to the aforesaid final Order Ruling on Pending Motions and Directing Entry of Judgment, was entered by the Clerk of the District Court on February 9, 2010, that:

(1) all rulings by the trial court were done by summary judgment pleadings, defendant was denied her right to a trial;

(2) defendant was denied her right to call witnesses in support of her defenses;

(3) defendant was denied her right to call expert witnesses in support of her defenses;

(4) defendant was ordered to pay a compounded interest rate in violation of federal rules;

(5) defendant's attorney was denied repeated motions to withdraw from the case;

(6) defendant's attorney failed to join co-defendant's motions for summary judgment and when co-defendant was dismissed, lost the opportunity to argue said defenses;

(7) Plaintiffs failed to join an indispensible party, the United States government;

NOTICE OF APPEAL

Mary T. Wynne, Attorney at Law
3561 S. Tumbleweed Court
Chandler, Arizona 85248
Tel: (509)429-3509
Fax: (480)895-0642

(8) the trial court failed to hold a hearing on dispositive summary judgment motions;

(9) defendant was denied attorney fees for those actions which she successfully defended;

(10) the trial court allowed Plaintiffs to serve defendant via email after a minimal showing that plaintiffs could not serve defendant at her residence in England, in spite of being supplied all contact information for defendant;

(11) Defendant retained an attorney who was ineffective in his representation, failed to meet the deadline for responding to a summary judgment motion, ultimately resulting in a judgment being entered against defendant;

(12) Defendant's attorney failed to plead a jurisdictional argument that could have terminated the case in its early stages, saving defendant hundreds of thousands of dollars in legal fees and costs.  By the time the jurisdictional argument was presented to the Court, the Court found that there was too much vested in the case to discontinue it at that point.  Defendant's ineffective council is now suing her for attorney fees and costs.

(13) Defendant declares that, under the terms of the Settlement Agreement entered into between the Plaintiffs and Defendant Evans, as interpreted by Judge

**NOTICE OF APPEAL**

Mary T. Wynne, Attorney at Law
3561 S. Tumbleweed Court
Chandler, Arizona 85248
Tel: (509)429-3509
Fax: (480)895-0642

-3-

Stancampiano of the Office of Hearings and Appeals of the Bureau of Indian Affairs, Defendant Evans is required to loan, for a five-year period beginning January 1, 2006, 35% of the MA-10 monies deposited into her Individual Indian Money (IIM) account to Plaintiff Wapato Heritage, LLC;

(12) the trial court ruled that 25 CFR §410 does not apply to the attachment and assignment of Defendant's Individual Indian Money account;

(13) the trial court entered a money judgment in favor of Plaintiff Wapato Heritage, LLC and against Defendant Evans in the principal amount of $1,355,099.62, together with federal prejudgment interest in the amount of 7.4%, compounded annually, and with federal post-judgment interest in accordance with 28 U.S.C. § 1961;

(14) the trial court granted Plaintiffs' Motion for Entry of Judgment for General Damages Against Defendant Sandra Evans;

(15) the trial court ordered that, for MA-10 monies received by Defendant Evans during 2010, Defendant Evans shall ensure that the United States Department of the Interior's Office of Special Trust has the necessary and complete documents, including OST 01-004/6, W-9, and a Power of Attorney (if necessary), to allow the Office of Special Trust to forward 35% of the MA-10

**NOTICE OF APPEAL**

Mary T. Wynne, Attorney at Law
3561 S. Tumbleweed Court
Chandler, Arizona 85248
Tel: (509)429-3509
Fax: (480)895-0642

monies deposited into Defendant Evans' IIM account to the Registry of the District Court;

(16) the trial court directed that the funds currently deposited in the Registry of the District Court relating to the above named case, representing 35% of the MA-10 monies deposited into Defendant Evans' IIM account for the third quarter of 2009 ($85,979,17) and 35% of the MA-10 monies deposited into Defendant Evans' IIM account for the fourth quarter of 2009 ($77,619.51), shall be promptly paid to Plaintiff Wapato Heritage, LLC;

(17) the trial court directed that any future funds received from the Office of Special Trust relating to the above named case shall be promptly forwarded to Plaintiff Wapato Heritage, LLC by the Clerk of the District Court;

(18) the trial court ordered that the District Court shall retain jurisdiction to ensure that Defendant Evans complies with her loan obligation for the full five-year period;

(19) the trial court has ordered Defendant Evans to "voluntarily" turnover money in her Individual Indian Money account, failure to so direct said turnover will result in a finding of contempt of court;

NOTICE OF APPEAL

Mary T. Wynne, Attorney at Law
3561 S. Tumbleweed Court
Chandler, Arizona 85248
Tel: (509)429-3509
Fax: (480)895-0642

-5-

(20) the trial court denied Defendant Evans' First Amended Motion for Reconsideration.

Respectfully submitted this 10th Day of March, 2010.

　　　　　　　　　　　　　　　　　　／s/ *Mary T. Wynne*
　　　　　　　　　　　　　　　　　　Mary T. Wynne, WSBA #12441
　　　　　　　　　　　　　　　　　　Attorney for Defendant Sandra Evans

**NOTICE OF APPEAL**　　　　　　　　　　　　　　　　　　**Mary T. Wynne, Attorney at Law**
3561 S. Tumbleweed Court
Chandler, Arizona  85248
Tel: (509)429-3509
Fax: (480)895-0642

-6-

**Representation Statement pursuant to FRAP 3-2(b):**

<u>Defendant/Appellant</u>:

Sandra D. Evans

<u>Attorneys for Defendant/Appellant</u>:

Mario Gonzalez
GONZALEZ LAW OFFICE
522 Seventh Street, Suite 202
Rapid City, South Dakota 57701
Phone: 605-716-6355
Fax: 605-716-6357
mario@mariogonzalezlaw.com

Mary T. Wynne, WSBA #12441
3561 S. Tumbleweed Court
Chandler, Arizona 85248
Tel: (509)429-3509
Fax: (480)895-0642
mary_wynne@msn.com

<u>Plaintiffs/Appellees</u>:

Wapato Heritage, LLC, a Washington Limited Liability Company
Kenneth Evans
John Wayne Jones
Jamie Jones, individual residents of Washington State

NOTICE OF APPEAL                                Mary T. Wynne, Attorney at Law
                                                3561 S. Tumbleweed Court
                                                Chandler, Arizona 85248
                                                Tel: (509)429-3509
                                                Fax: (480)895-0642

---

Attorneys for Plaintiffs/Appellees:

Michael A. Arch, WSBA #8056
Law Offices of Michael A Arch, LLC
124 N. Wenatchee Ave, Ste A
Wenatchee, WA 98801
(509) 662-9602; Fax: (509) 662-9606
mikea@archlawfirm.com

R. Bruce Johnston, WSBA #4646
Law Offices of R. Bruce Johnston
200 Winslow Way West, Ste 300
Bainbridge Island, WA 98110
(206)842-1542 Fax: (206)842-8554
bruce@rbrucejohnston.com

**NOTICE OF APPEAL**

**Mary T. Wynne, Attorney at Law**
3561 S. Tumbleweed Court
Chandler, Arizona 85248
Tel: (509)429-3509
Fax: (480)895-0642

-8-

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused the foregoing documents, to be electronically filed with the Clerk of the above entitled Court using the CM/ECF system, and have sent true and correct copies of said documents to the following:

Michael A Arch mikea@archlawfirm.com

R Bruce Johnston bruce@rbrucejohnston.com

Respectfully submitted this 10th Day of March, 2010.

                                                          /s/ *Mary T. Wynne*
                                          Mary T. Wynne, WSBA #12441
                                          Attorney for Defendant Sandra Evans

**NOTICE OF APPEAL**                      **Mary T. Wynne, Attorney at Law**
3561 S. Tumbleweed Court
Chandler, Arizona  85248
Tel: (509)429-3509
Fax: (480)895-0642

-9-