# UNITED STATES DISTRICT COURT
### Eastern District of Washington

WAPATO HERITAGE, LLC, a Washington Limited
Liability Company; KENNETH EVANS; JOHN WAYNE
JONES; and JAMIE JONES, individual residents of
Washington State,                Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

SANDRA D. EVANS, an individual, not a resident of
Washington State,

CASE NUMBER: CV-07-0314-EFS

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order entered on December 22, 2010 (Ct. Rec. 707), judgment is entered in favor of Plaintiffs and against Defendant Sandra Evans for attorneys fees and costs as follows:

(1)  $299,065.68 in attorney's fees and $635.00 in costs for Attorney Bruce Johnston; and
(2)  $313,820.00 in attorneys' fees and $10,000.82 in costs for Attorney Michael Arch;

for a total of $623,521.50.

December 22, 2010                           JAMES R. LARSEN
*Date*                                       *Clerk*
                                             s/ Cora Vargas
                                             *(By) Deputy Clerk*
                                             Cora Vargas